UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-0001 (BAH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Standing Order dated April 20, 2022, the National Highway Traffic Safety Administration ("Defendant") and Energy Policy Advocates ("Plaintiff") by and through undersigned counsel, respectfully provides a status of this matter as follows:

1. In this matter, Plaintiff submitted a Freedom of Information Act ("FOIA") request to Defendant on March 17, 2021. The request sought various ethics and financial-related documentation for a political appointee over an approximately four-month period of time.

2. On March 1, 2022, the Department of Transportation (of which Defendant is an operating administration) provided the Plaintiff with some records in response to the Plaintiff's FOIA request, and Defendant represents that it has completed its response to the request.

3. After reviewing Defendant's production of non-exempt responsive records, Plaintiff had extensive concerns about certain records that were withheld in full or in part under Exemption 5.

4. As reported in the last Joint Status Report, Defendant informed Plaintiff that it was evaluating Plaintiff's request that Defendant reconsider certain records withheld in full or in part under Exemption 5. Pursuant to this commitment, Defendant represents that it is in the process of assessing the specific redactions about which Plaintiff expressed concerns to determine to what extent more limited withholdings may be appropriate. Defendant commits to conducting a supplemental search for records and to providing Plaintiff with a supplemental release by June 10, 2022. Defendant further commits to providing Plaintiff with a Vaughn Index by June 17, 2022. Thereafter, the parties will confer further in an effort to narrow issues that require resolution by the Court.

5. In addition, Plaintiff also had questions about the adequacy of Defendant's search. Plaintiff has now re-iterated and explained its concerns on various occasions.

6. The parties request that they confer as set forth above regarding this matter and file another status report indicating whether a briefing schedule will be requested (and proposing such a schedule, if so) by July 1, 2022.

Dated: May 19, 2022
       Washington, DC

Respectfully submitted,

|  |  |
|---|---|
| By: /s/ Matthew D. Hardin<br>Matthew D. Hardin, DC Bar No. 1032711<br>Hardin Law Office<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:      */s/ Patricia K. McBride*<br>PATRICIA K. MCBRIDE<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-7123<br><br>*Attorneys for the United States of America* |